UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-7190-MWF(JEMx)**                     Dated: **December 18, 2017**

Title:    Frank L. Waterman -*v*- Wells Fargo Bank, N.A., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

           Rita Sanchez                    Amy Diaz
           Courtroom Deputy                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

           Cory A. Baskin                  Gregg A. Fisch


**PROCEEDINGS:**      **MOTION FOR REMAND [13]**

　　　　The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

　　　　Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs
:09 min